United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN S. HART,
Plaintiff,

v.

GOOGLE INC.,
Defendant.

Case No. 25-cv-03450-EKL

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Plaintiff Stephen S. Hart, a *pro se* prisoner located in Indiana, filed the instant lawsuit against Defendant Google, Inc. alleging violations of California and federal law. *See* ECF No. 10. On June 22, 2026, the Court screened Hart's amended complaint, dismissed it for failure to state a cognizable claim, and granted Hart leave to file an amended complaint within 28 days. *See* ECF No. 12 at 4. The Court also warned Hart that failure to file a timely amended complaint would result in dismissal of this lawsuit without prejudice. *Id.* The deadline has passed and no amended complaint has been filed. Accordingly, the Court DISMISSES this matter for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed complaint that addresses the deficiencies identified in the Court's June 22, 2026 order.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Eumi K. Lee
United States District Judge